# In the United States Court of Federal Claims

No. 94-518C
(Filed: September 22, 2003)

* * * * * * * * * * * * * * * * * * * * * *

MONARCH ASSURANCE P.L.C.,
*et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to representations made in defendant's status report of September 17, 2003, on or before October 22, 2003, the parties shall file a joint stipulation with regard to the conduct of discovery, or a status report if they have been unable to reach agreement with regard to a joint stipulation

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge