# In the United States Court of Federal Claims

No. 94-518C
(Filed: December 11, 2003)

* * * * * * * * * * * * * * * * * * * * * *
MONARCH ASSURANCE P.L.C.,
*et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to representations made in defendant's status report of December 4, 2003, on or before January 9, 2004, the parties shall file a joint stipulation with regard to the conduct of discovery, or a status report if they have been unable to reach agreement with regard to a joint stipulation.

The court notes that counsel for plaintiff has not complied with the Notice of Designation of Electronic Case and the court's order of August 8, 2003. As a result, counsel for plaintiff is not receiving notification of filings. Counsel for plaintiff is directed to comply promptly with the court's notice and order. The clerk is directed to serve a copy of this order on counsel for plaintiff by mail.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge