IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MONARCH ASSURANCE, P.L.C., and THOMAS PATRICK DENTON TAYLOR, Plaintiffs, v. THE UNITED STATES, Defendant. | ) | No. 94-518C (Judge Bruggink) |

DEFENDANT'S STATUS REPORT

Defendant respectfully submits the following status report, upon behalf of both parties, pursuant to the Court's order. Plaintiff's counsel has reviewed this status report and has authorized defendant to file it upon behalf of both parties.

Counsel met to discuss the conduct of discovery on March 10, 2003. In particular, counsel discussed the procedures that could be used to safeguard classified information that might be revealed during the course of discovery. Counsel subsequently continued these discussions via telephone, and Government counsel sent plaintiff's counsel a letter, dated May 22, 2003, that presented the Government's current views with regard to the procedures that should be used to safeguard whatever classified information might be revealed during the course of discovery. Plaintiffs and plaintiffs' British counsel are reviewing the Government's May 22, 2003 letter. Plaintiff's counsel has yet to hear from plaintiff and his British counsel, but expects to

receive their written comments in the near future. Plaintiff's counsel will then confer with Government counsel.

In light of these activities, the parties propose that, by February 9, 2004, they file a joint stipulation with regard to the conduct of discovery, or a status report if they have been unable to reach agreement with regard to a joint stipulation.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

/s David M. Cohen

DAVID M. COHEN
Director

/s Thomas D. Dinackus

THOMAS D. DINACKUS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tele: (202) 307-6289
Fax: (202) 514-7969

Attorneys for Defendant

OF COUNSEL:

Robert Morean
Office of General Counsel
Central Intelligence Agency

January 9, 2004

NOTICE OF FILING

I hereby certify that on January 9, 2004, a copy of the foregoing "DEFENDANT'S STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I hereby further certify that on January 9, 2004, I caused to be served by United States mail (first class, postage prepaid) copies of the foregoing "DEFENDANT'S STATUS REPORT" addressed as follows:

Raphael S. Moore, Esq.
413 F Street
Davis, CA 95616

s/ Thomas D. Dinackus