# In the United States Court of Federal Claims

No. 94-518C
(Filed: February 13, 2004)

* * * * * * * * * * * * * * * * * * * * * * *
MONARCH ASSURANCE P.L.C.,
*et al.*,

*Plaintiffs,*

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * *

STATUS CONFERENCE ORDER

Pursuant to representations made in defendant's status report of February 9, 2004, a telephonic status conference will be held Friday, March 12, 2004, 3:00 p.m. eastern, regarding the progress of discovery in this action. The call will be placed from chambers and will be on the record.

The court notes that counsel for plaintiff has not complied with the Notice of Designation of Electronic Case and the court's orders of August 8, 2003, December 11, 2003, and January 14, 2004. As a result, counsel for plaintiff is not receiving notification of filings. Counsel for plaintiff is directed to comply promptly with the court's notice and orders or explain why compliance is not possible. The clerk is directed to serve a copy of this order on counsel for plaintiff by mail.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge