# In the United States Court of Federal Claims

No. 94-518C
(Filed: March 15, 2004)

* * * * * * * * * * * * * * * * * * * * * * *
MONARCH ASSURANCE P.L.C.,
*et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to the telephonic status conference held March 12, 2004 and representations made in defendant's status report of February 9, 2004, on or before April 30, 2004, the parties shall file a joint stipulation with regard to the conduct of discovery, or a status report if they have been unable to reach agreement with regard to a joint stipulation.

The court notes that counsel for plaintiff has not complied with the Notice of Designation of Electronic Case and the court's orders of August 8 and December 11, 2003. As a result, counsel for plaintiff is not receiving notification of filings. Counsel for plaintiff is directed to comply promptly with the court's notice and order or explain why compliance is not possible. The clerk is directed to serve a copy of this order on counsel for plaintiff by mail.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge