# In the United States Court of Federal Claims

No. 94-518C
(Filed: May 4, 2004)

* * * * * * * * * * * * * * * * * * * * * * *
MONARCH ASSURANCE P.L.C.,
*et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

The court has before it defendant's status report filed April 30, 2004. The court adopts the schedule set out in the report as follows:

1. On or before June 1, 2004, defendant shall file a brief identifying the safeguards the United States believes should be included in the letters rogatory that the court will send to the appropriate court in the United Kingdom, pursuant to plaintiff's request to conduct depositions in the United Kingdom. The Government's brief will also explain why it is necessary to request the British court to implement the safeguards proposed by the Government.

2. On or before July 2, 2004, plaintiff will file a response to the Government's brief.

3. On or before July 19, 2004, defendant will file its reply brief.

4. Oral argument will be scheduled shortly thereafter.

The court notes that counsel for plaintiff has not complied with the Notice of Designation of Electronic Case and the court's orders of August 8, 2003, December 11, 2003, and March 15, 2004. As a result, counsel for plaintiff is not receiving notification of filings. Counsel for plaintiff is directed to comply promptly with the court's notice and orders or explain why compliance is not possible. The clerk is directed to serve a copy of this order on counsel for plaintiff by mail.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge