# In the United States Court of Federal Claims

No. 94-518C
(Filed: June 10, 2004)

* * * * * * * * * * * * * * * * * * * * * *
MONARCH ASSURANCE P.L.C.,
*et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * *

ORDER

The court has before it defendant's status report filed June 1, 2004. Pursuant to representations made in that report, the dates set out in the court's order of May 4, 2004 are vacated and the following is ORDERED:

On or before July 1, 2004, the parties shall file a joint stipulation with regard to the letters rogatory that plaintiff will ask the court to transmit to an appropriate court in the United Kingdom, pursuant to the plaintiff's request to conduct depositions there. If the parties are unable to reach agreement with regard to a joint stipulation, a status report shall be filed on or before the same date.

The clerk is directed to serve a copy of this order on counsel for plaintiff by mail.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge