IN THE UNITED STATES COURT OF FEDERAL CLAIMS

MONARCH ASSURANCE, P.L.C., )
)
and )
)
THOMAS PATRICK DENTON TAYLOR, )
)
Plaintiffs, )
) No. 94-518C
v. ) (Senior Judge Bruggink)
)
THE UNITED STATES, )
)
Defendant. )

DEFENDANT'S MOTION
FOR ENLARGEMENT OF TIME

Defendant respectfully requests the Court to enlarge by 75 days, to and including July 27, 2005, the time within which the parties must file a joint stipulation with regard to the letters rogatory that plaintiff will ask the Court to transmit to an appropriate court in the United Kingdom pursuant to the plaintiff's request to conduct depositions there. This stipulation is presently due on May 13, 2005, the Court having granted defendant's previous unopposed motions for, respectively, a 29-day enlargement, a 35-day enlargement, a 33-day enlargement, a 33-day enlargement, a 37-day enlargement, a 75-day enlargement, and a 74-day enlargement. This is defendant's eighth request for an enlargement of time for this purpose. Government counsel attempted to contact plaintiff’s counsel to learn whether plaintiff opposes this motion, but was unable to reach

plaintiff's counsel.[1]

Plaintiff's counsel has not contacted Government counsel since our last motion for enlargement with regard to the joint stipulation. The additional time requested is necessary, therefore, so that counsel can confer and prepare the joint stipulation.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

/s David M. Cohen

DAVID M. COHEN
Director

[1] Government counsel prepared a draft motion, sent it to plaintiff's counsel on May 11, 2005 by telecopier, noted on the telecopier cover sheet that the motion was due on May 13, 2005, and requested plaintiff's counsel to notify Government counsel whether the draft motion was acceptable. Government counsel was out of the office on May 12, 2005, on travel. Government counsel has not heard from plaintiff's counsel with regard to the draft motion, and telephoned plaintiff's counsel's office on May 13, 2005 to inquire with regard to the draft motion, but the voice mail message on plaintiff's counsel's telephone stated that his offices were closed on May 13, 2005, and would reopen on May 16, 2005.

/s Thomas D. Dinackus

THOMAS D. DINACKUS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tele: (202) 307-6289
Fax: (202) 514-7969
Attorneys for Defendant

OF COUNSEL:

Anthony Mucchetti
Office of General Counsel
Central Intelligence Agency

May 13, 2005

NOTICE OF FILING

I hereby certify that on May 13, 2005, a copy of the foregoing "DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I hereby further certify that on May 13, 2005, I caused to be served by United States mail (first class, postage prepaid) copies of the foregoing "DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME" addressed as follows:

Raphael S. Moore, Esq.
413 F Street
Davis, CA 95616

/s Thomas D. Dinackus