IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MONARCH ASSURANCE, P.L.C., and THOMAS PATRICK DENTON TAYLOR, Plaintiffs, | |
| v. | No. 94-518C (Senior Judge Bruggink) |
| THE UNITED STATES, Defendant. | |

DEFENDANT'S UNOPPOSED MOTION
FOR ENLARGEMENT OF TIME

Defendant respectfully requests the Court to enlarge by 72 days, to and including October 7, 2005, the time within which the parties must file a joint stipulation with regard to the letters rogatory that plaintiff will ask the Court to transmit to an appropriate court in the United Kingdom pursuant to the plaintiff's request to conduct depositions there. This stipulation is presently due on July 27, 2005, the Court having granted defendant's previous unopposed motions for, respectively, a 29-day enlargement, a 35-day enlargement, a 33-day enlargement, a 33-day enlargement, a 37-day enlargement, a 75-day enlargement, a 74-day enlargement, and a 75-day enlargement. This is defendant's ninth request for an enlargement of time for this purpose. Plaintiff does not oppose this motion.

Plaintiff's counsel has informed Government counsel that he has yet to hear from his client with regard to the content of the stipulation. The additional time requested is necessary,

therefore, so that plaintiff's counsel can confer with his client, and the parties can then prepare the joint stipulation.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

/s David M. Cohen

DAVID M. COHEN
Director

/s Thomas D. Dinackus

THOMAS D. DINACKUS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tele: (202) 307-6289
Fax: (202) 514-7969
Attorneys for Defendant

OF COUNSEL:

Anthony Mucchetti
Office of General Counsel
Central Intelligence Agency

July 27, 2005

NOTICE OF FILING

I hereby certify that on July 27, 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I hereby further certify that on July 27, 2005, I caused to be served by United States mail (first class, postage prepaid) copies of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" addressed as follows:

Raphael S. Moore, Esq.
413 F Street
Davis, CA 95616

/s Thomas D. Dinackus