# In the United States Court of Federal Claims

No. 94-518C
(Filed: August 29, 2005)

* * * * * * * * * * * * * * * * * * * * * * *
MONARCH ASSURANCE P.L.C.,
*et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

A telephonic status conference will be held Wednesday, September 21, 2005, 2:00 p.m. Eastern (11:00 a.m. Pacific). The call will be placed from chambers and will be on the record.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge