# In the United States Court of Federal Claims

No. 94-518C
(Filed: September 22, 2005)

* * * * * * * * * * * * * * * * * * * * * *
MONARCH ASSURANCE P.L.C.,
*et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * *

ORDER

A telephonic status conference was held September 21, 2005. Plaintiff shall furnish, to defendant by September 30 and to the Court by October 7, letters rogatory to William Hulse and Sima Malkowich. If plaintiff will seek a letter rogatory with respect to Ms. Savage, it must be filed with the court no later than October 26 and must contain all necessary information.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge