# In the United States Court of Federal Claims

No. 94-518C
(Filed: October 17, 2005)

* * * * * * * * * * * * * * * * * * * * * *
MONARCH ASSURANCE P.L.C.,
*et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * *

## ORDER

On October 17, 2005 the court issued three letters rogatory to acquire the testimony of Sima Malkowich, William Hulse, and Sarah Savage. On or before February 17, 2006, counsel for plaintiffs shall file a status report.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge