**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| MONARCH ASSURANCE P.L.C.,<br><br>And<br><br>THOMAS PATRICK DENTON TAYLOR,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 94-518C<br>(Judge Bruggink) |

PLAINTIFFS' STATUS REPORT

Plaintiffs respectfully submit the following status report, pursuant to Court's order, dated October 17, 2005.

Plaintiffs' counsel has twice met with Queen's Counsel Leolin Price of 10 Old Square, Lincolns Inn, London WC2A 3SU, U.K., whom plaintiffs' counsel referenced during the last telephonic status conference held by this Court would be the barrister responsible for services related to the High Court of London's action on the issue of the letters rogatory. The first meeting was to deliver in person the three letters rogatory issued by this Court to QC Price, and provide him with related instructions. The second meeting was to discuss logistics of the High Court of London with both QC Price and a proposed solicitor, who would do the required filings. Since the last meeting, we have learned that the British court would require additional substantive information related to the three British subjects before the letters would be acted on. We are in the process of

compiling such information and anticipate submitting for QC Price's review next month.

We will keep the court appraised of any further developments.

Date: February 16, 2006

Respectfully submitted,

/s Raphael S. Moore

RAPHAEL S. MOORE
Moore & Moore Attorneys at Law
Phoenix House
413 F Street
Davis, California 95616

Attorney for Plaintiffs