**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| MONARCH ASSURANCE P.L.C., | ) | |
| | ) | |
| and | ) | |
| | ) | |
| THOMAS PATRICK DENTON TAYLOR, | ) | No. 94-518C |
| | ) | (Judge Bruggink) |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFFS' STATUS REPORT

Plaintiffs respectfully submit the following status report, pursuant to Court's order, dated February 21, 2006.

Due to holiday schedules in the United Kingdom, and general unavailability of Queen's Counsel Leolin Price, delivery of information requested of plaintiffs' counsel has been delayed. Plaintiffs' counsel and QC Price are currently scheduled to meet the second week of May 2006. It is anticipated that the relevant solicitor will likewise be present, and that the required filing will be able to be made with the High Court of London immediately thereafter.

We will keep the court appraised of any further developments.

Date: April 21, 2006

Respectfully submitted,

s/Raphael S. Moore

RAPHAEL S. MOORE
Moore & Moore Attorneys at Law
Phoenix House, 413 F Street
Davis, California 95616

Attorney for Plaintiffs