**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| MONARCH ASSURANCE P.L.C., and THOMAS PATRICK DENTON TAYLOR, Plaintiffs, v. THE UNITED STATES, Defendant. | ) | No. 94-518C (Judge Bruggink) |

PLAINTIFFS' STATUS REPORT

Plaintiffs respectfully submit the following status report, pursuant to Court's order, dated April 24, 2006.

The materials requested by Queen's Counsel Leolin Price, were delivered to the QC's chambers last month. The undersigned is scheduled to meet with QC Price later this week to discuss the relevant details. It is anticipated that the relevant solicitor will likewise be present, and that the required filing will be able to be made with the High Court of London thereafter.

We will keep the court appraised of any further developments.

Date: June 19, 2006

Respectfully submitted,

s/Raphael S. Moore
RAPHAEL S. MOORE
Moore & Moore Attorneys at Law
Phoenix House, 413 F Street
Davis, California 95616

Attorney for Plaintiffs