**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| MONARCH ASSURANCE P.L.C., | ) | |
| and | ) | |
| THOMAS PATRICK DENTON TAYLOR, | ) | No. 94-518C |
| | ) | (Judge Bruggink) |
| Plaintiffs, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

PLAINTIFFS' STATUS REPORT

Plaintiffs respectfully submit the following status report, pursuant to Court's order, dated July 24, 2006.

Since the most recent status report submitted by plaintiffs, the undersigned has twice met with Queen's Counsel Leolin Price, and has interviewed the solicitor that will do the required filing with the High Court of London. Additional materials were requested by, and have been provided to, QC Price. QC Price is currently reviewing the additional materials. We have requested sufficient lead time with respect to notification of proposed court dates, and will advise the Court and the United States accordingly.

We will keep the Court appraised of any further developments, and request an additional report be submitted by Plaintiffs in 90 days.

Date: October 26, 2006

Respectfully submitted,

s/Raphael S. Moore

RAPHAEL S. MOORE
Moore & Moore Attorneys at Law
Phoenix House, 413 F Street
Davis, California 95616

Attorney for Plaintiffs