IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MONARCH ASSURANCE, P.L.C.,<br><br>and<br><br>THOMAS PATRICK DENTON TAYLOR,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 94-518C<br>(Judge Bruggink) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of John S. Groat as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

JOHN S. GROAT
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, NW

Dated: November 20, 2006

/s/ John S. Groat

JOHN S. GROAT
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202)616-8260
Facsimile: (202) 514-7965
jack.groat@usdoj.gov