**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| MONARCH ASSURANCE P.L.C., | ) | |
| and | ) | |
| THOMAS PATRICK DENTON TAYLOR, | ) | No. 94-518C |
| | ) | (Judge Bruggink) |
| Plaintiffs, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

PLAINTIFFS' STATUS REPORT

Plaintiffs respectfully submit the following status report, pursuant to Court's order, dated October 27, 2006.

Since the most recent status report submitted by plaintiffs, the undersigned has met in late December 2006 with Queen's Counsel Leolin Price, Junior Counsel Evan Price, and Solicitor Elizabeth Philpott. We are now awaiting their memorandum of law relevant to the issuance of the required letters rogatory. QC Price requested the issuance of renewed letters rogatory to help expedite consideration by the High Court of London. As such, attached are new letters, identical to those originally issued (Docket Sheet Event # 171, 172, and 173). The undersigned respectfully requests the Court to execute the attached letters rogatory and return them to the undersigned. As before, we will courier them to Queen's Counsel on behalf of the parties and the Court.

We will keep the Court appraised of any further developments, and request an additional report be submitted by Plaintiffs in 90 days.

Date: January 26, 2007

Respectfully submitted,

s/Raphael S. Moore

RAPHAEL S. MOORE
Moore & Moore Attorneys at Law
Phoenix House, 413 F Street
Davis, California 95616

Attorney for Plaintiffs

MONARCH ASSURANCE P.L.C.
Manxonia House, Bay View Road
Port St. Mary
Isle of Man,

and

THOMAS PATRICK DENTON TAYLOR,
Manxonia House, Bay View Road
Port St. Mary
Isle of Man,

Plaintiffs,

v.

THE UNITED STATE OF AMERICA,

Defendant.

No. 94-518 C

(Judge Bruggink)

TO: The High Court of Justice, England

The United States Court of Federal Claims, Washington, D.C., presents its compliments and requests the following assistance:

This action is pending in the United States Court of Federal Claims, in Washington, D.C.. The plaintiffs are Monarch Assurance PLC, and Thomas Patrick Denton Taylor; the defendant is the United States of America.

This court has determined that in the interest of justice and to assure a complete record, the person named in Exhibit A, which is attached herein and incorporated by reference, is within your jurisdiction, and needs to be examined as a witness under oath.

This court respectfully requests that:

1. You cause this witness to be summoned to attend an examination at a time and place you determine and before you or another person who is authorized and appointed by you to administer oaths and to preside over the examination.

2. You permit this witness to be examined by counsel for all parties in this matter, allowing full examination and cross-examination with regard to whether Mr. John Patrick Savage had the requisite authority to bind the United States Government in contract.

3. You order this witness to produce before, during, or immediately after the examination specific documents or other tangibles relevant to the subject matter of this case, the existence of which are made known to the witness in anticipation of the examination, or which become known during the course of the examination and which are requested by counsel.

4. You cause a verbatim transcript of the testimony of the witness to be taken and reduced to writing.

5. You authenticate by a seal of your court (or by such other way in accordance with your procedures) the record of the transcript and documents and return all, together with a note of the changes and expenses incurred in carrying out this request, to this court.

This court is ready and willing to render similar assistance to your court when required and takes this opportunity to extend to you its highest consideration.

Dated: ________

_________________________
Judge Bruggink

Exhibit A

Detective Inspector William Hulse (retired), previously of

c/o Staffordshire Police HQ
Cannock Road
Stafford
Staffs ST 17 oQG
United Kingdom

MONARCH ASSURANCE P.L.C.
Manxonia House, Bay View Road
Port St. Mary
Isle of Man,

and

THOMAS PATRICK DENTON TAYLOR,
Manxonia House, Bay View Road
Port St. Mary
Isle of Man,

Plaintiffs,

v.

THE UNITED STATE OF AMERICA,

Defendant.

No. 94-518 C

(Judge Bruggink)

TO: The High Court of Justice, England

The United States Court of Federal Claims, Washington, D.C., presents its compliments and requests the following assistance:

This action is pending in the United States Court of Federal Claims, in Washington, D.C.. The plaintiffs are Monarch Assurance PLC, and Thomas Patrick Denton Taylor; the defendant is the United States of America.

This court has determined that in the interest of justice and to assure a complete record, the person named in Exhibit A, which is attached herein and incorporated by reference, is within your jurisdiction, and needs to be examined as a witness under oath.

This court respectfully requests that:

1. You cause this witness to be summoned to attend an examination at a time and place you determine and before you or another person who is authorized and appointed by you to administer oaths and to preside over the examination.

2. You permit this witness to be examined by counsel for all parties in this matter, allowing full examination and cross-examination with regard to whether Mr. John Patrick Savage had the requisite authority to bind the United States Government in contract.

3. You order this witness to produce before, during, or immediately after the examination specific documents or other tangibles relevant to the subject matter of this case, the existence of which are made known to the witness in anticipation of the examination, or which become known during the course of the examination and which are requested by counsel.

4. You cause a verbatim transcript of the testimony of the witness to be taken and reduced to writing.

5. You authenticate by a seal of your court (or by such other way in accordance with your procedures) the record of the transcript and documents and return all, together with a note of the changes and expenses incurred in carrying out this request, to this court.

This court is ready and willing to render similar assistance to your court when required and takes this opportunity to extend to you its highest consideration.

Dated: ________

_________________________
Judge Bruggink

Exhibit A

Mr. Sima Malkowich, previously of:

Partners in Trade, Ltd.
136 Bath Road
Chltenham
Glos GL53 7JX
United Kingdom

MONARCH ASSURANCE P.L.C.
Manxonia House, Bay View Road
Port St. Mary
Isle of Man,

and

THOMAS PATRICK DENTON TAYLOR,
Manxonia House, Bay View Road
Port St. Mary
Isle of Man,

Plaintiffs,

v.

THE UNITED STATE OF AMERICA,

Defendant.

No. 94-518 C

(Judge Bruggink)

TO: The High Court of Justice, England

The United States Court of Federal Claims, Washington, D.C., presents its compliments and requests the following assistance:

This action is pending in the United States Court of Federal Claims, in Washington, D.C.. The plaintiffs are Monarch Assurance PLC, and Thomas Patrick Denton Taylor; the defendant is the United States of America.

This court has determined that in the interest of justice and to assure a complete record, the person named in Exhibit A, which is attached herein and incorporated by reference, is within your jurisdiction, and needs to be examined as a witness under oath.

This court respectfully requests that:

1. You cause this witness to be summoned to attend an examination at a time and place you determine and before you or another person who is authorized and appointed by you to administer oaths and to preside over the examination.

2. You permit this witness to be examined by counsel for all parties in this matter, allowing full examination and cross-examination with regard to whether Mr. John Patrick Savage had the requisite authority to bind the United States Government in contract.

3. You order this witness to produce before, during, or immediately after the examination specific documents or other tangibles relevant to the subject matter of this case, the existence of which are made known to the witness in anticipation of the examination, or which become known during the course of the examination and which are requested by counsel.

4. You cause a verbatim transcript of the testimony of the witness to be taken and reduced to writing.

5. You authenticate by a seal of your court (or by such other way in accordance with your procedures) the record of the transcript and documents and return all, together with a note of the changes and expenses incurred in carrying out this request, to this court.

This court is ready and willing to render similar assistance to your court when required and takes this opportunity to extend to you its highest consideration.

Dated: ________

_________________________

Judge Bruggink

Exhibit A

Ms. Sarah Savage, previously of:

West Horsley
Surrey KT24 6LQ
United Kingdom