Case 1:94-cv-00518-EGB Document 183 Filed 01/26/2007 Page 3 of 11

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MONARCH ASSURANCE P.L.C.<br>Manxonia House, Bay View Road<br>Port St. Mary<br>Isle of Man,<br><br>and<br><br>THOMAS PATRICK DENTON TAYLOR,<br>Manxonia House, Bay View Road<br>Port St. Mary<br>Isle of Man,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATE OF AMERICA,<br><br>Defendant. | No. 94-518 C<br><br>(Judge Bruggink) |

TO: <u>The High Court of Justice, England</u>

The United States Court of Federal Claims, Washington, D.C., presents its compliments and requests the following assistance:

This action is pending in the United States Court of Federal Claims, in Washington, D.C.. The plaintiffs are Monarch Assurance PLC, and Thomas Patrick Denton Taylor; the defendant is the United States of America.

This court has determined that in the interest of justice and to assure a complete record, the person named in Exhibit A, which is attached herein and incorporated by reference, is within your jurisdiction, and needs to be examined as a witness under oath.

This court respectfully requests that:

1. You cause this witness to be summoned to attend an examination at a time and place you determine and before you or another person who is authorized and appointed by you to administer oaths and to preside over the examination.

2. You permit this witness to be examined by counsel for all parties in this matter, allowing full examination and cross-examination with regard to whether Mr. John Patrick Savage had the requisite authority to bind the United States Government in contract.

3. You order this witness to produce before, during, or immediately after the examination specific documents or other tangibles relevant to the subject matter of this case, the existence of which are made known to the witness in anticipation of the examination, or which become known during the course of the examination and which are requested by counsel.

4. You cause a verbatim transcript of the testimony of the witness to be taken and reduced to writing.

5. You authenticate by a seal of your court (or by such other way in accordance with your procedures) the record of the transcript and documents and return all, together with a note of the changes and expenses incurred in carrying out this request, to this court.

This court is ready and willing to render similar assistance to your court when required and takes this opportunity to extend to you its highest consideration.

Dated: February 1, 2007

Judge Bruggink
Eric G. Bruggink
Judge

Exhibit A

Detective Inspector William Hulse (retired), previously of

c/o Staffordshire Police HQ
Cannock Road
Stafford
Staffs ST 17 oQG
United Kingdom