**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| MONARCH ASSURANCE P.L.C., | ) | |
| | ) | |
| and | ) | |
| | ) | |
| THOMAS PATRICK DENTON TAYLOR, | ) | No. 94-518C |
| | ) | (Judge Bruggink) |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFFS' STATUS REPORT

Plaintiffs respectfully submit the following status report, pursuant to Court's order.

The undersigned acknowledges receipt of the newly executed letters rogatory. Plaintiffs' counsel will be meeting with Queen's Counsel Leolin Price, Junior Counsel Evan Price, and Solicitor Elizabeth Philpott during the week of April 30, 2007 to discuss the content of their memorandum of law relevant to the issuance of the letters rogatory.

We will keep the Court appraised of any further developments, and request an additional report be submitted by Plaintiffs in 90 days.

Date: April 27, 2007

Respectfully submitted,

s/Raphael S. Moore

RAPHAEL S. MOORE
Moore & Moore Attorneys at Law
Phoenix House, 413 F Street
Davis, California 95616

Attorney for Plaintiffs