**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| MONARCH ASSURANCE P.L.C., | ) | |
| | ) | |
| and | ) | |
| | ) | |
| THOMAS PATRICK DENTON TAYLOR, | ) | No. 94-518C |
| | ) | (Judge Bruggink) |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFFS' STATUS REPORT

Plaintiffs respectfully submit the following status report, pursuant to Court's order.

Plaintiffs' counsel met with Queen's Counsel Leolin Price and Junior Counsel Evan Price on May 3, 2007 to discuss the content of their memorandum of law relevant to the issuance of the letters rogatory. The solicitor responsible for the matter, Elizabeth Philpott, unfortunately could not attend. We are currently awaiting a status update on the letters rogatory filing.

We will keep the Court appraised of any further developments, and request an additional report be submitted by Plaintiffs in 90 days.

Date: July 26, 2007

Respectfully submitted,

s/Raphael S. Moore
RAPHAEL S. MOORE
Moore & Moore Attorneys at Law
Phoenix House, 413 F Street
Davis, California 95616

Attorney for Plaintiffs