IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MONARCH ASSURANCE P.L.C., and THOMAS PATRICK DENTON TAYLOR, Plaintiffs, v. THE UNITED STATES, Defendant. | No. 94-518C (Sr. Judge Bruggink) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of STEPHEN C. TOSINI as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

STEPHEN C. TOSINI
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

S/STEPHEN C. TOSINI
STEPHEN C. TOSINI
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Telephone: (202) 616-5196
Facsimile: (202) 514-7965

Dated: August 2, 2007

CERTIFICATE OF FILING

I hereby certify that on August 2, 2007, a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/STEPHEN C. TOSINI