# In the United States Court of Federal Claims

No. 94-518C
(Filed: August 7, 2007)

* * * * * * * * * * * * * * * * * * * * * *
MONARCH ASSURANCE P.L.C.,
*et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * *

ORDER

A telephonic status conference in the above action will be held Friday, August 17, 2007, at 2:00 p.m. eastern (11:00 a.m. Pacific). The call will be placed from chambers and will not be recorded.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge