# In the United States Court of Federal Claims

No. 94-518C
(Filed: August 17, 2007)

* * * * * * * * * * * * * * * * * * * * * * 
MONARCH ASSURANCE P.L.C.,
*et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * 

ORDER

Pursuant to the representations made during the status conference of August 17, 2007, plaintiffs' counsel shall apply for letters rogatory no later than October 17, 2007. Plaintiffs' counsel shall file a status report on the anticipated time-line for approval and execution of the letters on or before October 22, 2007.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge