**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| MONARCH ASSURANCE P.L.C., | ) | |
| | ) | |
| and | ) | |
| | ) | |
| THOMAS PATRICK DENTON TAYLOR, | ) | No. 94-518C |
| | ) | (Judge Bruggink) |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFFS' STATUS REPORT

Plaintiffs respectfully submit the following status report, pursuant to Court's order.

We have received confirmation from the lodging solicitor, that the three Applications for the examination of witnesses who are the subject matter of the Letters Rogatory, have been filed in London on October 17, 2007. We have been told that the Master, a judge, will consider the applications on paper within this coming week, and it is anticipated that either this week or next week we will hear regarding any orders made. We have been told that tentatively an initial witness examination has been scheduled for Monday, January 7, 2008. We have not confirmed such date pending receipt of an order from the British court approving of the deposition. Likewise, prior to any confirmation of an examination date, we will seek input from Defendant's counsel to the extent he wishes to attend the examination.

//

We expect to file an additional status report within the next 14 days as to the above.

Date: October 22, 2007

Respectfully submitted,

s/Raphael S. Moore

RAPHAEL S. MOORE
Moore & Moore Attorneys at Law
Phoenix House, 413 F Street
Davis, California 95616

Attorney for Plaintiffs