# In the United States Court of Federal Claims

No. 94-518C
(Filed: May 15, 2008)

* * * * * * * * * * * * * * * * * * * * * *
MONARCH ASSURANCE P.L.C.,
*et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * *

ORDER

After a status conference held on August 17, 2007, the court ordered plaintiffs' counsel to apply for letters rogatory no later than October 17, 2007, and report to the court on the anticipated time-line for approval and execution of the letters on or before October 22, 2007. We have received no status report from plaintiff. As we explained in the status conference of August 17, the court has been concerned for some time about the slow pace of progress in this case, and suspicion that the plaintiffs have simply chosen not to prosecute further. This concern is amplified by the failure to comply with the order of August 17, 2007. Plaintiffs are directed to file a status report on or before June 2, 2008 and further explain their failure to comply with the order of August 17, 2007. Failure to comply with this order will result in an order to show cause why the case should not be dismissed for failure to prosecute.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge