**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| MONARCH ASSURANCE P.L.C., | ) | |
| and | ) | |
| THOMAS PATRICK DENTON TAYLOR, | ) | No. 94-518C |
| | ) | (Judge Bruggink) |
| Plaintiffs, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

PLAINTIFFS' STATUS REPORT

Plaintiffs respectfully submit the following status report, pursuant to Court's order.

Following a lengthy illness that commenced at the end of last year, Mr. Thomas Patrick Denton Taylor (Plaintiff herein) passed away on May 23, 2008. Following the death, the undersigned met with the proposed executor under Mr. Taylor's will, and with the intended CEO and certain remaining board members of Monarch Assurance P.L.C. (the other Plaintiff herein). We understand that the proposed executor will receive his official appointment within 30 – 60 days. We also understand that during the same time frame the governance of Monarch Assurance P.L.C. will be confirmed. Until both happen we cannot obtain effective instructions from our client.

Although we have provided the required information to the magistrate of the Court considering the Letters Rogatory, instructions to British counsel was hampered during Mr. Taylor's illness. We met with Mr. Taylor in January of this year with an aim at resolving

the communication issues, but our ability to communicate with Mr. Taylor was likewise hampered.

We expect to file an additional status report within the next 60 days as to the above.

Date: June 2, 2008

Respectfully submitted,

s/Raphael S. Moore

RAPHAEL S. MOORE
Moore & Moore Attorneys at Law
Phoenix House, 413 F Street
Davis, California 95616

Attorney for Plaintiffs