# In the United States Court of Federal Claims

No. 94-518C
(Filed: June 10, 2008)

* * * * * * * * * * * * * * * * * * * * * *
MONARCH ASSURANCE P.L.C.,
*et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * *

ORDER

Based on representations made in plaintiffs' status report of June 2, 2008, on or before October 3, 2008, counsel for plaintiffs shall file a status report on the issue of the three letters rogatory.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge